IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LUCY ALAGOZ,**   CV. 6:12-cv-00902 RE

        Plaintiff,

                               **JUDGMENT**

           v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

        Defendant.

**REDDEN,** Judge:

This matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits in accordance with the Opinion and Order. This action is dismissed.

IT IS SO ORDERED.

Dated this _17_ day of June, 2013.

                                                 James A. Redden
                                               United States District Judge